# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MELISSA M. CLAXTON,

        Plaintiff,

        v.

PITNEY BOWES,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-492-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant's Motion to Dismiss, ECF No. 19, is GRANTED with prejudice. Plaintiff's Motion for Leave to Amend Complaint, ECF No. 36, is DENIED. Case closed.

| | |
|---|---|
| March 26, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |